The Honorable Lauren King

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEG PAULSEN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ASHWOOD COMMONS NORTH LLC, a Washington Corporation<br><br>　　　　　　Defendant. | NO. 2:24-cv-00833-LK<br><br>**MOTION TO DISMISS**<br><br>NOTE ON MOTION CALENDAR: |

　　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Meg Paulsen and Ashwood Commons North LLC, by and through their counsel, have reached a settlement agreement. As a result, Plaintiff moves to dismiss this action, with prejudice, in accordance with Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure. Each party will bear his or its own costs.

Motion to Dismiss - 1
2:24-cv-00833-LK

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3172

1  Respectfully Submitted this 16 day of August, 2024:

2  WASHINGTON CIVIL & DISABILITY ADVOCATE

3  /s/ *Conrad Reynoldson*                                  /s/ *Marielle Maxwell*
   Conrad Reynoldson, WSBA #48187          Marielle Maxwell, WSBA #54957
4  4115 Roosevelt Way NE, Suite B               4115 Roosevelt Way NE, Suite B
   Seattle, WA 98105                                        Seattle, WA 98105
5  (206) 876-8515                                              (206) 455-6430
   conrad@wacda.com                                      marielle@wacda.com

Motion to Dismiss - 2
2:24-cv-00833-LK

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3172