UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEG PAULSEN,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ASHWOOD COMMONS NORTH LLC,<br><br>　　　　　　　　　Defendant. | CASE NO. 2:24-cv-00833-LK<br><br>ORDER GRANTING MOTION TO DISMISS |

This matter comes before the Court on Plaintiff Meg Paulsen's Motion to Dismiss based on the parties' settlement. Dkt. No. 8. Pursuant to the motion and settlement, this action is hereby DISMISSED with prejudice and without court-ordered costs or attorney's fees to either party. *See* Fed. R. Civ. P. 41(a)(2).

Dated this 20th day of August, 2024.

*Lauren King*

Lauren King
United States District Judge